IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

FILED IN OPEN COURT
NOV -3 2023
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DESMOND ANU NKWENYA,<br><br>*Defendant*. | No. 1:23-cr-60-CMH<br><br>Count 1: 18 U.S.C. § 1344(2)<br>(Conspiracy to Commit Bank Fraud) |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

1. At all times relevant to this offense, Bank-1 and Bank-2 provided a range of traditional banking services throughout the United States, including in the Eastern District of Virginia, and are financial institutions as defined by Title 18, United States Code, Sections 1344 and 20.

2. From at least in or around February 2016 and continuing through at least in or around April 2018, in the Eastern District of Virginia and elsewhere, defendant DESMOND NKWENYA, conspired and agreed with Stanley Desirade and others known and unknown, to commit bank fraud, in violation of Title 18, United States Code, Section 1344, by knowingly executing and attempting to execute a scheme and artifice to defraud Bank-1 and Bank-2 and to obtain moneys, funds, credits, assets, securities, and other property owned by and under the custody and control of those financial institutions by means of false and fraudulent pretenses, representations, and promises, in violation of Title 18, United States Code, Section 1344(2).

(All in violation of Title 18, United States Code, Section 1349.)

## Forfeiture Notice

Under Federal Rule of criminal Procedure 32.2, the defendant is hereby notified that upon conviction of the offense charged in this Criminal Information, he shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to the offense of conviction. The United States may also seek an order forfeiting substitute assets if the proceeds of the offenses are not available.

(In accordance with Title 18, United States Code, Section 981(a)(1)(C); Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).)

Respectfully Submitted,

Jessica D. Aber
United States Attorney

By: _____
Christopher J. Hood
Drew Bradylyons
Assistant United States Attorneys